**Motion Granted in Part and Denied in Part and Order filed January 7, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00851-CV

_____

## IN RE S.D, Relator

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
310th District Court
Harris County, Texas
Trial Court Cause No. 2012-69240**

## ORDER

On December 22, 2020, relator S.D filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Sonya L. Heath, Judge of the 310th District Court, in Harris County, Texas, to set aside her November 23, 2020 temporary orders in trial court cause number 2012-69240, *In the Interest of A.A.*

Relator has also filed a motion for temporary relief, staying the underlying proceedings. *See* Tex. R. App. P. 52.10. On December 22, 2020, relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore grant relator's motion in part.

We stay the commencement of the January 11, 2021 jury trial in trial court cause number 2012-69240, *In the interest of A.A.*, until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court. The motion is denied as the temporary orders.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.